**MAYER BROWN LLP**
A. JOHN P. MANCINI (*pro hac vice pending*)
jmancini@mayerbrown.com
OLENA V. RIPNICK-O'FARRELL (*pro hac vice pending*)
oripnick-ofarrell@mayerbrown.com
1221 Avenue of the Americas
New York, NY, 10020-1001
Telephone:  (212) 506-2500
Facsimile:   (212) 262-1910

GRAHAM (GRAY) BUCCIGROSS (SBN 234558)
gbuccigross@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

Attorneys for Defendants Alphabet Inc.
and Google LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MAHON,<br><br>             Plaintiff,<br><br>     v.<br><br>ALPHABET INC., et al.,<br><br>             Defendants. | **CASE NO. 3:20-cv-01530-JD**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(B)(6)** |

**[PROPOSED] ORDER**

Before the Court is the motion of Defendants Alphabet Inc. ("Alphabet") and Google LLC ("Google") (collectively, "Defendants") to dismiss the First Amended Complaint ("FAC") of Plaintiff Mark Mahon ("Plaintiff").  The Court finds that good cause to exists to grant the requested relief for the reasons stated in the motion.

Accordingly, **IT IS HEREBY ORDERED THAT** Defendants' motion is **GRANTED**, and Plaintiff's FAC is dismissed in its entirety.

DATED: _____

                                                  Honorable James Donato
                                                  United States District Judge